John B. Scherling (CA Bar No. 122234)
jscherling@sughrue.com
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
San Diego, CA 92037
Tel.:  (858) 795-1180
Fax.:  (858) 795-1199

Mark Boland (*pro hac vice*)
mboland@sughrue.com
Kenneth J. Burchfiel (pro hac vice)
kburchfiel@sughrue.com
Raja N. Saliba (*pro hac vice*)
rsaliba@sughrue.com
Renita S. Rathinam (*pro hac vice*)
rrathinam@sughrue.com
Grant S. Shackelford (*pro hac vice*)
gshackelford@sughrue.com
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20037
Tel.:  (202) 293-7060
Fax.: (202) 293-7860

Kevin R. Nowicki (SBN 128686)
knowicki@gna-law.com
GORDEE, NOWICKI & AUGUSTINI LLP
8105 Irinve Center Drive, Suite 870
Irvine, California 92618
Tel.: (949) 567-9923

Attorneys for Plaintiff
*Pentair Water Pool and Spa, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC.,<br><br>                    Plaintiff,<br>v.<br><br>HAYWARD INDUSTRIES, INC. and HAYWARD POOL PRODUCTS, INC.,<br><br>                    Defendants. | Case No. CV 11-10280-GW(MRWx)<br><br>**NOTICE OF MOTION AND PENTAIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         October 20, 2014<br>Time:         8:30 a.m.<br>Courtroom:  10<br>Judge:        Hon. George H. Wu |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on October 20, 2014 at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, in the courtroom of the Honorable George H. Wu of the United States District Court for the Central District of California, Plaintiff Pentair Water Pool and Spa, Inc. ("Pentair") will and hereby does move the Court for summary judgment of (1) non-infringement of all accused products and all asserted claims; (2) invalidity of all asserted claims; (3) no pre-suit damages; and (4) no wilful infringement.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 15, 2014.

The Motion is based on this Notice, Plaintiff's Memorandum in Support of its Motion, the accompanying Declarations of Reza Afshar, Dennis Dunn, Jesse Maddren, Stephen Peake and John B. Scherling and the exhibits thereto, the Proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of Pentair Motion for Summary Judgment, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

A proposed order is being submitted concurrently herewith.


DATED:      September 2, 2014                **SUGHRUE MION, PLLC**

                                             By:  /s/ John B. Scherling
                                                  John B. Scherling


                                             **GORDEE, NOWICKI & AUGUSTINI LLP**

                                             Kevin R. Nowicki
                                             Co-Counsel

                                             Attorneys for Plaintiff
                                             PENTAIR WATER POOL & SPA, INC.

1

NOM and MSJ
CV-11-10280-GW(MRWx)

## <u>CERTIFICATE OF SERVICE</u>

I am a citizen of the United States, more than 18 years old, and not a party to this action.  My place of employment and business address is Sughrue Mion, PLLC, 4250 Executive Square, Suite 900, San Diego, California 92037.  On September 2, 2014, I served on counsel of record the below-listed documents as indicated:

1. **NOTICE OF MOTION AND PENTAIR MOTION FOR SUMMARY JUDGMENT;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT [UNDER SEAL];**

3. **[PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT [UNDER SEAL];**

4. **DECLARATION OF REZA AFSHAR, P.E., C.G.E. IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT;**

5. **DECLARATION OF DENNIS DUNN IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT [ UNDER SEAL];**

6. **DECLARATION OF JESSE MADDREN, PH.D. IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT [ UNDER SEAL];**

7. **DECLARATION OF STEPHEN PEAKE IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT;**

8. **DECLARATION OF JOHN B. SCHERLING IN SUPPORT OF PENTAIR MOTION FOR SUMMARY JUDGMENT [CERTAIN EXHIBITS UNDER SEAL];**

9. **PROPOSED ORDER**

[ ]   **BY U.S. POSTAL SERVICE, FIRST CLASS MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth on the attached service list.

[ X ]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document to be served by means of this Court's electronic transmission of the  Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[ X ]   **BY ELECTRONIC MAIL:**  I am readily familiar with the business practice at my place of business for electronically mailing a true and correct copy through Sughrue Mion, PLLC's electronic mail system to the email address set forth in accordance with Code of Civil Procedure section 1010.6.

NOM and MSJ
CV-11-10280-GW(MRWx)

1      [  ]  **BY PERSONAL SERVICE:**  I caused a true copy of the foregoing
document(s) to be delivered by hand to the addressees.

2      [  ]  **VIA OVERNIGHT COURIER:**  I enclosed said document(s) in an
3 envelope or package provided by the overnight service courier and addressed to the
persons at the addresses on the attached service list.  I placed the envelope or package
for collection and overnight delivery at an office or a regularly utilized drop box of the
4 overnight service courier or delivered such document(s) to a courier or driver
authorized by the overnight service courier to receive documents.

5

6      [ X ]  **FEDERAL:**  I am employed in the office of a member of the Bar of this
Court at whose direction the above-described service was made.

7      Executed on September 2, 2014 at San Diego, California.  I declare under
penalty of perjury under the laws of the United States of America that the foregoing is
8 true and correct.

9

10                      Stephennie S. Stuart

11

12

13

14                         **SERVICE LIST**

15 Lee C. Bromberg
lbromberg@mccarter.com
16 McCARTER & ENGLISH, LLP
265 Franklin Street
17 Boston, Massachusetts 02110
Tel.:  (617) 449-6538

18 Scott S. Christie
schristie@mccarter.com
19 McCARTER & ENGLISH, LLP
100 Mulberry Street
20 Newark, New Jersey 07102
Tel.: (973) 848-5388
21 Fax.: (973) 297-3981

22 Darren Franklin
dfranklin@sheppardmullin.com
23 SHEPPARD MULLIN RICHTER & HAMPTON  LLP
333 South Hope Street, 43rd Floor
24 Los Angeles, CA 90071
Tel.:  (213) 617-5498
25 Fax.:  (213) 620-1398

26 Attorneys for Defendants
*Hayward Industries, Inc. and Hayward Pool Products, Inc.*

27

28

NOM and MSJ
CV-11-10280-GW(MRWx)